UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JUAN B.C.M.,

        Petitioner,

v.

PAMELA BONDI, Attorney General;
MARKWAYNE MULLIN, Secretary of U.S.
Department of Homeland Security;
DEPARTMENT OF HOMELAND
SECURITY; TODD M. LYONS, Acting
Director of Immigration and Customs
Enforcement; IMMIGRATION AND
CUSTOMS ENFORCEMENT; DAREN K.
MARGOLIN, Director for Executive Office
for Immigration Review; EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW; and
DAVID EASTERWOOD, Acting Field
Director, St. Paul Field Office Immigration
and Customs Enforcement,

        Respondents.

Case No. 26-CV-1981 (PJS/JFD)

ORDER

---

This matter is before the Court on petitioner Juan B.C.M.'s petition for a writ of

habeas corpus.[1]  In their answer, respondents state that "[b]ased on the facts currently

available to the Federal Respondents' undersigned counsel—as informed by case law

governing the issues raised in this case—there does not appear to be a good faith factual

---

[1]Pursuant to this District's policy in immigration cases, the Court identifies
petitioner only by first name and last initials.

basis to oppose Petitioner's request for release on the ground that his 'detention without a warrant, if none was issued, violates the Due Process Clause of the Fifth Amendment.'" ECF No. 4 at 1–2 (quoting the Verified Petition). Accordingly, the Court will grant the petition and order Juan's release.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus [ECF No. 1] is GRANTED.

2. Respondents must release petitioner from custody as soon as practicable and, in any event, no later than 12:00 pm noon on Sunday, March 29, 2026. If petitioner is not in Minnesota, respondents must return petitioner to Minnesota before releasing him.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 27, 2026                    /s/ Patrick J. Schiltz
                                         Patrick J. Schiltz, Chief Judge
                                         United States District Court